UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL ACTION

VERSUS                                                      NO. 18-267

BRANDON LIVAS                                           SECTION "R" (5)


# ORDER AND REASONS

The Court has received defendant Brandon Livas's motion for compassionate release.[1] The government opposes the motion.[2]

Livas pleaded guilty to bank larceny,[3] based on a scheme in which patients' personal identifying information was used to procure debit cards and facilitate fraudulent transactions worth over $200,000.[4] On October 2, 2019, the Court sentenced Livas to fifteen months' imprisonment.[5] Livas was imprisoned at Oakdale II FCI, with an expected release date of September 29, 2020.[6]

---

[1] R. Doc. 89.
[2] R. Doc. 91.
[3] *See* R. Doc. 57 at 1; *see also* R. Doc. 1 at 1-2.
[4] *See* R. Doc. 55 at 1-2.
[5] *See* R. Doc. 75 at 1-2.
[6] *See Inmate Locator, Federal Bureau of Prisons*, https://www.bop.gov/inmateloc/ (last visited June 2, 2020).

On May 3, 2020, Livas moved for compassionate release under 18 U.S.C. § 3582(c)(1)(A).[7] This statute permits a court, broadly, to "reduce the term of imprisonment . . . if it finds that . . . extraordinary and compelling reasons warrant such a reduction." *See* 18 U.S.C. § 3582(c)(1). Livas argues that "[t]he COVID-19 pandemic constitutes an extraordinary or compelling circumstance supporting a reduction or modification of [his] sentence."[8] Specifically, he contends that he "has significant health issues" that make him "particularly vulnerable to COVID-19 and susceptible to an adverse outcome should he contract the illness."[9] Livas submitted to the Bureau of Prisons an administrative request asking for home confinement on March 31, 2020,[10] but as of the date of his motion, the BOP had taken "no action on his request."[11] He thus asked the Court that "his sentence be reduced or modified so that he is immediately released from FCI Oakdale and transferred to home confinement for the remainder of his sentence."[12]

But Livas has already received from the BOP the primary relief he requested. The government now reports that on May 11, 2020—before it filed

---

[7] *See* R. Doc. 89 at 1; R. Doc. 89-1 at 3.
[8] *See* R. Doc. 89-1 at 4 (emphasis removed).
[9] *See id.* at 3.
[10] *See id.* at 4; R. Doc. 89-2.
[11] *See* R. Doc. 89-1 at 4.
[12] *See* R. Doc. 89 at 1.

2

its response—Livas was released from BOP custody,[13] and will begin the halfway house portion of his sentence in New Orleans on July 6, 2020.[14] The government thus argues that Livas's motion is moot.[15] And indeed, Livas has not sought leave to file a reply contesting the government's response. Because Livas was granted the relief he requested, the Court finds that his motion is moot.

For the foregoing reasons, the Court DISMISSES defendant's motion AS MOOT.

New Orleans, Louisiana, this __4th__ day of June, 2020.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[13] *See* R. Doc. 91 at 1-2.
[14] *See id.* at 2.
[15] *See id.* at 1-2.